UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>        Petitioner,<br><br>    v.<br><br>SCOTT KERNAN,<br><br>        Respondent. | Case No. 22-cv-09112 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the above action for lack of jurisdiction. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: _____April 25, 2023_____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.22\09112Torres_judgment